

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-17-2005

# In Re: Genesis

Precedential or Non-Precedential: Precedential

Docket No. 03-1225

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"In Re: Genesis " (2005). *2005 Decisions.* Paper 1093.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1093

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 03-1225

_____

IN RE:  GENESIS HEALTH VENTURES, INC.,
Debtor

GENESIS HEALTH VENTURES, INC.

v.

KELLY BEAUDIN STAPLETON, ACTING
UNITED STATES TRUSTEE FOR
REGION 3

(District of Delaware D.C. 01-cv-00853)


IN RE:  MULTICARE AMC, INC.,
Debtor

MULTICARE AMC, INC.

v.

KELLY BEAUDIN STAPLETON, ACTING
US TRUSTEE

JOSEPH J. MCMAHON, JR.,
Trustee

(District of Delaware D.C. 02-cv-00053)

Genesis Health Ventures, Inc.,
Multicare AMC Inc.,

Appellants

IN RE: GENESIS HEALTH VENTURES, INC.;
MULTICARE AMC, INC.,
Debtors

REORGANIZED DEBTORS GENESIS
HEALTH VENTURES INC.

v.

KELLY BEAUDIN STAPLETON, Acting US Trustee


JOSEPH J. MCMAHON, JR.,
Trustee

GENESIS HEALTH VENTURES, INC.;
MULTICARE AMC INC,

Appellants


Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action Nos. 01-cv-00853 and 02-cv-01322)
District Judge: Honorable Joseph J. Farnan, Jr.


Argued June 29, 2004

Before: AMBRO, ALDISERT and STAPLETON, <u>Circuit Judges</u>

(Opinion filed March 31, 2005 )

Adam P. Strochak, Esquire (Argued)
Jeffrey L. Cimbalo, Esquire
Weil, Gotshal & Manges LLP

1501 K Street, N.w. Suite 100
Washington, DC   20005

Michael F. Walsh, Esquire
Gary T. Holtzer, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Mark D. Collins, Esquire
Russell C. Silberglied, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

      *Attorneys for Appellants*

Frank J. Perch III
   Assistant United States Trustee
Robert J. Schneider, Esquire
Joseph J. McMahon, Jr., Esquire
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Joseph A. Guzinski
   General Counsel
Paul Wm. Bridenhagen, Esquire
P. Matthew Sutko, Esquire (Argued)
United States Department of Justice
Executive Office for United States Trustees
20 Massachusetts Avenue, N.W.
Suite 8000
Washington, DC 20530

      *Attorneys for Appellee*

# ORDER AMENDING PUBLISHED OPINION

AMBRO, *Circuit Judge*

It is now ordered that the published Opinion in the above case filed March 31, 2004, be amended as follows:

On page 19, second paragraph, at the end of line four after the words "no one" insert "(creditor or debtor)". In the following line, after the word "consolidation", delete the phrase "–creditor or debtor".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: May 17, 2005
CRG/cc: Russell C. Sieberglied, Esq.
      Adam P. Strochak, Esq.
      Joseph J. McMahon Jr., Esq.
      Frank J. Perch III, Esq.
      P. Matthew Sutko, Esq.